# Court of Appeals
# of the State of Georgia

ATLANTA,  April 24, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1892.  STEPP-MCCOMMONS v. THE STATE.**

Appellant has filed a motion to transfer to the above-referenced appeal to the Supreme Court of Georgia, alleging that the underlying case "is an appeal from a murder conviction" and that the Clerk of DeKalb County Superior Court erroneously transmitted the record to this Court. The Georgia Constitution of 1983 gives the Supreme Court of Georgia appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Par. III (8); *see also Neal v. State*, 290 Ga. 563, 567 (722 SE2d 765) (2012) (Hunstein, C.J., concurring). Thus, we ***GRANT*** Appellant's motion to transfer this case to the Supreme Court of Georgia.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/24/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*